**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KEAN FOR CONGRESS COMMITTEE**<br><br>Plaintiffs,<br><br>v.<br><br>**FEDERAL ELECTION COMMISSION**<br><br>Defendants. | Civil Action No. 04-0007 (JDB) |

**ORDER**

Upon consideration of defendant's motion to dismiss, or in the alternative, for summary judgment, the memoranda of the parties, and the entire record herein, and for the reasons explained in the Memorandum Opinion issued on this date, it is this 25th day of January, 2005, hereby

**ORDERED** that defendant's motion is **DENIED**; it is further

**ORDERED** that defendant shall file its opposition to plaintiff's motion for summary judgment by not later than February 25, 2005; and it is further

**ORDERED** that plaintiff shall file its reply, if any, by not later than March 18, 2005.

　　　　　　　　　　　　　　　　　　　　　/s/ John D. Bates
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Kimberly N. Brown
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
(202) 862-5046
Fax: (202) 429-3301
Email: knb@capdale.com

J. Gerald Hebert
5019 Waple Lane
Alexandria, VA 22304
(703) 567-5873
Fax: (703) 567-5876
Email: JGHEBERT@COMCAST.NET

Kirk L. Jowers
CAPLIN & DRYSDALE
One Thomas Circle, NW
Washington, DC 20005
(202) 862-5057
Fax: 202-429-3301
Email: klj@capdale.com

Trevor Potter
CAPLIN & DRYSDALE
1 Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5092
Fax: (202) 429-3301
Email: tp@capdale.com
    *Counsels for Plaintiff*

David Brett Kolker
Federal Election Commission
999 E Street, Northwest
Washington, D.C.  20463
202-694-1650  (telephone)
202-219-0260  (fac)
E-mail:  dkolker@fec.gov

Vivien Clair

Federal Election Commission
999 E Street, Northwest
Washington, D.C.  20463
202-694-1650  (telephone)
202-219-0260  (fac)
E-mail:  vclair@fec.gov
    *Counsels for Defendant*